```
                                                    FILED
                                                 May 10, 2010
          UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                                 EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                      DEPUTY CLERK
```

UNITED STATES OF AMERICA,                    )
                                             )   Case No. CR.S-10-0178-MCE
       Plaintiff,                   )
v.                                           )
                                             )   ORDER FOR RELEASE OF
PAUL YEARBY JR.,                             )   PERSON IN CUSTODY
       Defendant.                   )
                                             )
_____          )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL YEARBY JR., Case No. CR.S-10-0178-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_ Release on Personal Recognizance

    X    Bail Posted in the Sum of: $50,000.00.

        X    Unsecured Appearance Bond

        \_\_\_ Appearance Bond with Surety

        X    (Other) Conditions as stated on the record.

        \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

    Issued at  Sacramento, CA  on  05-10-10  at 2:46 p.m.

                                               By   /s/ Edmund F. Brennan
                                                   Edmund F. Brennan
                                                   United States Magistrate Judge