BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
PAUL YEARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL YEARBY, et al.,<br><br>    Defendants. | No.  2:10-cr-00178-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Paul Yearby, by and through his defense counsel, Bruce Locke, Jake Weathers, by and through his defense counsel, Hayes Gable, and the United States of America, by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the status conference presently set for January 26, 2012 at 9:00 a.m., should be continued to February 23, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from January 26, 2012 through February 23, 2012.

The reason for the continuance is that the parties are engaged in discussions to resolve the case without a trial and Mr. Locke needs additional time to arrange for the government to interview Mr. Yearby. Accordingly, the time between January 26, 2012 and February 23, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 for complexity and T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Carlberg and Mr. Gable have authorized Mr. Locke to sign this pleading for them.

1

```
DATED: January 24, 2012              /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Paul Yearby


DATED: January 24, 2012              /S/ Bruce Locke
                                    For HAYES GABLE
                                    Attorney for Jake Weathers


DATED: January 24, 2012              /S/ Bruce Locke
                                    For RUSSELL CARLBERG
                                    Attorney for the United States
```

IT IS SO ORDERED.

Dated: January 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE