1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   PAUL YEARBY
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,    )   No.  CR. S-10-0178 MCE
                                )
9              Plaintiff,       )
                                )   STIPULATION TO CONTINUE STATUS
10                              )   CONFERENCE AND EXCLUDE TIME
        v.                      )   UNDER SPEEDY TRIAL ACT
11                              )
   PAUL YEARBY, et al.,         )
12                              )
              Defendants.       )
13 _____)

14      IT IS HEREBY STIPULATED AND AGREED between the defendants, Paul Yearby, by

15 and through his defense counsel, Bruce Locke, Jake Weathers, by and through his defense counsel,

16 Hayes Gable, and the United States of America, by and through its counsel, Assistant U.S. Attorney

17 Russell Carlberg, that the status conference presently set for February 23, 2012 at 9:00 a.m., should

18 be continued to March 22, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be

19 excluded from March 22, 2012 through April 26, 2012.

20      The reason for the continuance is that the parties are engaged in discussions to resolve the

21 case without a trial and the government will soon be presenting the defense with a proposed plea

22 agreement. Mr. Locke will need additional time to review the plea agreement with his client.

23 Additionally, as to Mr. Weathers, he was recently arraigned in a separate indictment, Cr. S-11-0458

24 GEB and Mr. Gable needs additional time to review the voluminous discovery in that matter, with

25 the objective of settling both matters simultaneously.

26 ///

27 ///

28

29                                        1

1  Accordingly, the time between March 22, 2012 and April 26, 2012 should be excluded from the
2  Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv)
3  and Local Codes T-2 for complexity and T-4 for defense preparation.  The parties stipulate that the
4  ends of justice served by granting this continuance outweigh the best interests of the public and the
5  defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Carlberg and Mr. Gable have authorized
6  Mr. Locke to sign this pleading for them.

8  DATED: March 19, 2012                       /S/ Bruce Locke
                                               BRUCE LOCKE
9                                              Attorney for Paul Yearby

11 DATED: March 19, 2012                       /S/ Bruce Locke
                                               For HAYES GABLE
                                               Attorney for Jake Weathers

13 DATED: March 19, 2012                       /S/ Bruce Locke
                                               For RUSSELL CARLBERG
14                                             Attorney for the United States

16       IT IS SO ORDERED.

   Dated:  March 28, 2012

                                               _____
                                               MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE

2